PD-0758-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2015 11:35:01 AM
Accepted 12/22/2015 11:50:31 AM
ABEL ACOSTA
CLERK



**Christopher Abel**
**Board Certified Criminal Law Specialist**
2609 Sagebrush Drive
Suite 202
Flower Mound, Texas 75028
972-584-7837(office)
972-947-3813(fax)
chris@flowermoundcriminaldefense.com
www.flowermoundcriminaldefense.com

December 22, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
Post Office Box 12308, Capital Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

December 22, 2015

ABEL ACOSTA, CLERK

> **Re:** ***Dewan Morgan v. State of Texas***
> ***CCA No. PD-0758-15***
> ***Trial Court Case No. F-2013-1704-C***

Dear Mr. Acosta:

Pursuant to this Court's letter dated December 16, 2015, oral argument will be permitted in the above-referenced cause. Accordingly, this correspondence will confirm that I will present oral argument to the Court on January 13, 2016, at 9:00 a.m.

Sincerely,

/s/ Chris Abel
Chris Abel
Bar No. 24043516
Attorney for Appellant

CA/kwr